**Order filed August 23, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00685-CR
_____

**MIRNA SALAS ABBOTT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 207th District Court
Comal County, Texas
Trial Court Cause No. CR2017-585**

## O R D E R

The clerk's record was filed August 15, 2018. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the judgment of conviction.

The Comal County District Clerk is directed to file a supplemental clerk's record on or before September 5, 2018, containing the judgment of conviction.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM